■ GRAMERCY PARK LLC, Appellant, v TOWN OF AMHERST, Respondent. [984 NYS2d 903]—Appeal from a judgment of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered February 22, 2013. The judgment dismissed the complaint after a nonjury trial.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Fahey, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL JONES, Appellant. [986 NYS2d 373]—Appeal, by permission of a Justice of the Appellate Division of the Supreme Court in the Fourth Judicial Department, from an order of the Supreme Court, Erie County (Penny M. Wolfgang, J.), dated January 9, 2013. The order denied the motion of defendant to vacate the judgment of conviction pursuant to CPL 440.10.

It is hereby ordered that the order so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Fahey, Sconiers and Valentino, JJ.